UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **JAMES A. GREEN**<br>207 13th Street, N.E.<br>Washington, D.C. 20002<br><br>          Plaintiff,<br><br>    v.<br><br>**LAWRENCE M. SMALL, Secretary**<br>**Smithsonian Institution,**<br>**1000 Jefferson Drive SW**<br>**Washington, D.C. 20560-0012**<br><br>          Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) Electronic Case Filing<br>) Civil Action No. 05-1055 (ESH)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

### PRAECIPE

THE CLERK OF THE COURT will please enter the appearance of Assistant U.S. Attorney Mercedeh Momeni as counsel of record for defendant, in the above-captioned case.

Respectfully submitted,

                                            s/
                                            MERCEDEH MOMENI
                                            Assistant United States Attorney
                                            555 4th Street, NW
                                            Washington, DC 20530
                                            (202) 305-4851
                                            (202) 514-8780 (facsimile)

**CERTIFICATE OF SERVICE**

     I hereby certify that on this 7th day of July, 2005, I caused the foregoing Praecipe to be served on plaintiff, postage prepaid, addressed as follows:

JAMES A. GREEN
207 13th Street, N.E.
Washington, D.C. 20002

                                              S/
                                 MERCEDEH MOMENI
                                 Assistant United States Attorney
                                 555 4th Street, NW
                                 Washington, DC 20530

t