UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

JAMES A. GREEN,
207 13th Street, NE
Washington, DC 20002
202-546-3321 phone,

    Plaintiff,

vs.

LAWRENCE M. SMALL, Secretary,
Smithsonian Institution,
1000 Jefferson Drive SW
Washington DC 20560-0012

    Defendant.

Civil Action No. #05-1055 (ESH)

Jury Trial Demanded

## Motion

Motion that the court appoint an attorney to represent the complainant in this action against the above named Defendant, his employees, agent, and successors in office. In relief the complainant is asking the court to grant.

RECEIVED
JUL - 8 2005
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

James A. Green
207 13th street, N.E.
Washington D.C.
(202) 546-3321

CERTIFICATE OF SERVICE

I hereby certify that on this day 8th of July, 2005, handed The Clerk OF THE COURT this motion.

Respectfully Submitted

*[signature]*

James A Green
207 13th Street, N.E
Washington D.C. 20002
202546-3321