## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **JAMES A. GREEN** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| **v.** | ) **Electronic Case Filing** |
| | ) **Civil Action No. 05-1055 (ESH)** |
| | ) |
| **LAWRENCE M. SMALL, Secretary** | ) |
| **Smithsonian Institution,** | ) |
| | ) |
| **Defendant.** | ) |
| _____ | ) |

## DEFENDANT'S MOTION TO ENLARGE TIME TO
## ANSWER OR OTHERWISE RESPOND TO COMPLAINT

Defendant, Lawrence M. Small, Secretary of the Smithsonian Institution, hereby moves for

an extension of time within which to file an answer or otherwise respond to Plaintiff's Complaint,

through and including August 15, 2005.  Good cause exists to grant this motion.

1.  Pursuant to Fed. R. Civ. P. 12, Defendant's answer to the Complaint is currently due on

August 8, 2005.

2.  Defendant requires additional time to prepare and file an answer or otherwise respond to

Plaintiff's Complaint.  This time is principally needed because of the schedule of lead counsel for

Defendant, which has included recent discovery activities in the matters of <u>Kalinoski v. Evans,</u> 04-

1206 (JDB); <u>Hopkins v. James,</u> 04-1591 (RWR) and dispositive motions in the matter of <u>Allen v.

Mecham,</u> 05-1007 (GK) and <u>Martin v. Court Services and Offender Supervision Agency,</u> 05-0853

(JDB), as well as settlement negotiations in the matter of <u>Wilson v. Dept. of Education,</u> 05-0513

(GK).

3.  Defendant therefore requests an extension of seven days to prepare and complete a reply,

through and including August 15, 2005.

    4.  This is the first extension sought of the answer deadline.

    5.  Pursuant to Rule 7(m), undersigned counsel attempted to contact the Plaintiff by telephone for his consent, but was unable to reach him.

    WHEREFORE, Defendant requests that this enlargement be granted, and that the date for the reply be extended to August 15, 2005.  A proposed order is included.

Respectfully submitted,

Dated:  August 5, 2005.

_____/s/_____
KENNETH L. WAINSTEIN, DC Bar #451058
United States Attorney


_____/s/_____
R. CRAIG LAWRENCE, DC Bar #171538
Assistant United States Attorney


_____/s/_____
MERCEDEH MOMENI
Assistant United States Attorney
Civil Division
555 4th Street, NW
Washington, DC 20530
Tel: (202) 305-4851

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **JAMES A. GREEN** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| **v.** | ) **Electronic Case Filing** |
| | ) **Civil Action No. 05-1055 (ESH)** |
| | ) |
| **LAWRENCE M. SMALL, Secretary** | ) |
| **Smithsonian Institution,** | ) |
| | ) |
| **Defendant.** | ) |
| _____ | ) |

**ORDER**

Upon consideration of the defendant's Motion for Enlargement of Time to Answer or

Otherwise Respond To Complaint, it is this _____ day of _____, 2005 hereby:

ORDERED that the motion is GRANTED and it is FURTHER ORDERED that

Defendant's Answer or Response shall be due on or before August 15, 2005.

_____
ELLEN SEGAL HUVELLE
UNITED STATES DISTRICT JUDGE

Copies to
Defendant: via ECF,

Plaintiff:
JAMES A. GREEN
207 13th Street, N.E.
Washington, D.C. 20002

3

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on this 5th day of August, 2005, I caused the foregoing Motion for

Enlargement of Time To Answer or Otherwise Respond to Complaint be served on Plaintiff,

postage prepaid, addressed as follows:

JAMES A. GREEN
207 13th Street, N.E.
Washington, D.C. 20002


_____S/_____
MERCEDEH MOMENI
Assistant United States Attorney
555 4th Street, NW
Washington, DC 20530