UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

JAMES A. GREEN,                )
                               )
            Plaintiff,         )
                               )
    v.                         )   Civil Action No. 05-1055(ESH)
                               )
LAWRENCE M. SMALL, Secretary,  )
  Smithsonian Institution,     )
                               )
            Defendant.         )
                               )

Plaintiff Motion to answer or otherwise respond to
Defendant's Motion to dismiss

Plainff, James A. Green, pro se, brought this action to The United State District Court For The District of Columbia on May 06,2005 at 4:48.(Filing Depository ) and Then again on May 09, 2005 at 8:07 to the clerk. Ex 1

Respectfully submitted,

*James A. Green*

James A. Green

**RECEIVED**

AUG 19 2005

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Ex. I

RECEIVED
U.S. COURT OF APPEALS
FOR THE D.C. CIRCUIT

2005 MAY -6 PM 4:48

FILING DEPOSITORY

RECEIVED
U.S. DISTRICT COURT
DISTRICT OF COLUMBIA

2005 MAY -9 AM 8:07

NANCY M.
MAYER-WHITTINGTON
CLERK

Certificate of Service

I hereby certify that on this 17th day of August, 2005. I cause the forgoing respond to Motion to dismiss to be served on Defendant, postage prepaid, addressed as follows:

Mercedeh Momeni
Assistant United State Attorney
555 4th street, N.W.
Washington D.C. 20530

James A. Green
207 13th Street, N.E.
Washington D.C 20002