UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **JAMES A. GREEN** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) Electronic Case Filing |
| | ) Civil Action No. 05-1055 (ESH) |
| | ) |
| **LAWRENCE M. SMALL, Secretary** | ) |
| **Smithsonian Institution,** | ) |
| | ) |
| **Defendant.** | ) |
| | ) |

**DEFENDANT'S LOCAL CIVIL RULE 16.3(d) REPORT**

Defendant, Lawrence Small, Secretary of the Smithsonian Institution, hereby submits the following report. Pursuant to Local Civil Rule 16.3(a), counsel for Defendant attempted to contact Plaintiff by telephone to confer regarding the issues below, but was unsuccessful.

Plaintiff brings this employment-related claim alleging sexual harassment/hostile work environment and retaliation in violation of Title VII of the 1964 Civil Rights Act, as amended. Defendant submits that plaintiff's claim, in part, is barred by the principals of res judicata and collateral estopple. Furthermore, Defendant denies any discriminatory or retaliatory actions, or the existence of a hostile work environment as all employment decisions made in this matter were wholly based on legitimate, non-discriminatory reasons.

(1)   Defendant intends to file a motion for summary judgment after the close of discovery.

(2)   Defendant does not anticipate joinder of additional parties.

(3)   Defendant does not believe this case should be assigned to a magistrate at this time.

(4)   At this point, counsel cannot say whether settlement is likely.

(5)   At this time, it is unclear whether ADR would be helpful.

(6)   Defendant proposes to file a dispositive motions within 60 days of the close of discovery, opposition to dispositive motions within 30 days of service of such a motion, and reply briefs within 30 days of service of an opposition.

(7)   Defendant proposes exchange of initial disclosures forty-five (45) days from the date of issuance of a scheduling order in this case.

(8)   Discovery shall be conducted within the limits permitted by the Federal Rules of Civil Procedure.

(9)   Defendants' will not know whether he will require the assistance of an expert witness without further information from Plaintiff.

(10)   This case is not a class action.

(11)   Defendant requests that the Court to bifurcate discovery into two phases: all liability discovery and non-expert damages discovery shall be concluded 180 days from the date the scheduling order is issued . The parties shall serve damages expert witness reports, written discovery requests related to damages expert witnesses, and take depositions of damages experts after summary judgment is decided, or, if neither party files a motion for summary judgment, after the time for filing such a motion has expired.  Defendant does not ask to bifurcate this case for purposes of trial.

(12)   Defendant request a pre-trial conference sixty (60) days after the Court decides motions for summary judgment, or, if no such motion is filed, within sixty (60) days of the last day for filing such a motion.

(13)   Defendant asks that the Court set a trial date at the pretrial conference.

(14) Defendant is not aware of any other matter appropriate for inclusion in the scheduling order.

                                    Respectfully submitted,

Dated: September 8, 2005.        _____/s/_____
                                    KENNETH L. WAINSTEIN, DC Bar #451058
                                    United States Attorney

                                  _____/s/_____
                                  R. CRAIG LAWRENCE, DC Bar #171538
                                  Assistant United States Attorney

                                  _____/s/_____
                                  MERCEDEH MOMENI
                                  Assistant United States Attorney
                                  Civil Division
                                  555 4th Street, NW
                                  Washington, DC 20530
                                  Tel: (202) 305-4851

**CERTIFICATE OF SERVICE**

      I hereby certify that on this 8th day of September, 2005, I caused the foregoing Rule 16.3(d) Report to be served on Plaintiff, postage prepaid, addressed as follows:

JAMES A. GREEN
207 13th Street, N.E.
Washington, D.C. 20002

                                                                                      S/
                                           MERCEDEH MOMENI
                                           Assistant United States Attorney
                                           555 4th Street, NW
                                           Washington, DC 20530