UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

JAMES A. GREEN,                          *

                                         *

        Plaintiff,                       *

                                         *        Civil Action No. 1:05-cv-1055

        vs.                              *

                                         *

LAWRENCE M. SMALL, Secretary,            *

Smithsonian Institution,                 *        Jury Trial Demanded

        Defendant.                       *

                         *    *    o0o    *    *

NOTICE OF APPEARANCE

        Please note the appearance of counsel from Snider & Associates, LLC.,

on behalf of the Plaintiff.


                                Respectfully Submitted,

                                     /s/

                                _____

                                **Michael J. Snider, Esq.**
                                **Ari Taragin, Esq.**
                                **Jeffery C. Taylor, Esq.**
                                Snider & Associates, LLC
                                104 Church Lane, Suite 201
                                Baltimore, Maryland 21208
                                (410) 653-9060 phone
                                (410) 653-9061 fax
                                mike@sniderlaw.com email