UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JAMES A. GREEN, | * |
| | * |
| Plaintiff, | * |
| | *   Civil Action No. 1:05-cv-1055 |
| vs. | * |
| LAWRENCE M. SMALL, Secretary, Smithsonian Institution, | *   Jury Trial Demanded |
| Defendant. | * |

\* \* o0o \* \*

Consent Motion To Change Order For Initial Scheduling Conference

Counsel from Snider & Associates, LLC., on behalf of the Plaintiff, and counsel from the United States Attorney Civil Division representing Defendant, move for a change in the date of parties' status conference pursuant to the Court's Order for Initial Scheduling Conference, dated August 29, 2005. The date of the initial status conference set forth in the Order is October 13, 2005, which is Yom Kippur, a Jewish religious holiday. Counsel for Plaintiff are unable to conduct any business on that day in observance of their religion. Counsel for Plaintiff conferred with counsel for Defendant, pursuant to LCvR 7(m). Counsel for Defendant is unopposed to changing the date of the parties' status conference to October 7, 2005, October 14, 2005, or any date thereafter the Court may select[1]. Wherefore, Plaintiff prays for the court to change the date of the parties' scheduling conference.

---

[1] Additional Jewish holidays are October 18-19, 25-26, 2005.

          Respectfully submitted,

          /s/
_____
**Michael J. Snider, Esq.**
**Ari Taragin, Esq.,**
**Jeffery C. Taylor, Esq.**
Snider & Associates, LLC
104 Church Lane, Suite 201
Baltimore, Maryland 21208
(410) 653-9060 phone
(410) 653-9061 fax
mike@sniderlaw.com email

Date: September 27, 2005