UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JAMES A. GREEN, | * |
| | * |
| Plaintiff, | * |
| | *    Civil Action No. 1:05-cv-1055 |
| vs. | * |
| LAWRENCE M. SMALL, Secretary, Smithsonian Institution, | *    Jury Trial Demanded |
| Defendant. | * |

\* \* o0o \* \*

<u>Consent Motion To Change Order For Initial Scheduling Conference</u>

Upon review of the parties' Consent Motion To Change Order For Initial Scheduling Conference, it is this _____ day of _____, 2005,

Hereby Ordered, that the date of the court's initial scheduling conference in this case is changed to _____, 2005.

_____
ELLEN SEGAL HUVELLE
United States District Court Judge