UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JAMES A. GREEN | ) |
| | ) |
|         **Plaintiff,** | ) |
| | ) |
|    v. | ) Electronic Case Filing |
| | ) Civil Action No. 05-1055 (ESH) |
| | ) |
| LAWRENCE M. SMALL, Secretary | ) |
| Smithsonian Institution, | ) |
| | ) |
|         **Defendant.** | ) |
| _____ | ) |

## DEFENDANT'S MOTION TO CONTINUE INITIAL SCHEDULING CONFERENCE

Defendant, Lawrence M. Small, Secretary of the Smithsonian Institution, hereby moves for a continuance of the initial scheduling conference. Good cause exists to grant this motion.

1. The initial scheduling conference is currently scheduled for October 14, 2005.

2. Undersigned counsel for is unable to attend to due a family medical emergency.

3. Defendant therefore requests that the initial scheduling conference be continued to a date deemed appropriate by the Court.

4. Pursuant to Rule 7(m), the parties have conferred and Plaintiff's counsel does not object to this request.

WHEREFORE, Defendant respectfully requests that this motion be granted, and that the Court continue the initial scheduling conference.

                              Respectfully submitted,

Dated: October 13, 2005.           _____/s/_____
                              KENNETH L. WAINSTEIN, DC Bar #451058
                              United States Attorney


                              _____/s/_____
                              R. CRAIG LAWRENCE, DC Bar #171538
                              Assistant United States Attorney


                              _____/s/_____
                              MERCEDEH MOMENI
                              Assistant United States Attorney
                              Civil Division
                              555 4th Street, NW
                              Washington, DC 20530
                              Tel: (202) 305-4851

## CERTIFICATE OF SERVICE

I hereby certify that on this 13th day of October, 2005, I caused the foregoing Motion for Continuance of the Initial Scheduling Conference be served on Plaintiff's Counsel, via electronic mail.

_____S/_____
MERCEDEH MOMENI
Assistant United States Attorney
555 4th Street, NW
Washington, DC 20530