UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JAMES A. GREEN, )<br>)<br>    Plaintiff, )<br>)<br>v. )<br>)<br>LAWRENCE M. SMALL, Secretary, )<br>  Smithsonian Institution, )<br>)<br>    Defendant. )<br>_____) | Civil Action No. 05-1055(ESH)<br>ECF<br>Next Event: Initial Scheduling Conference<br>             Nov. 1, 2005 |

NOTICE OF FILING UNDER SEAL

Defendant Lawrence M. Small, Secretary of the Smithsonian, by his undersigned attorneys, hereby gives notice that on this 31st day of October 2005, he filed his *Motion to Dismiss and for Summary Judgment*, along with all supporting documents, under seal. A copy of said documents were provided to counsel of record via electronic mail on this date.

Respectfully submitted,

/s/
_____
KENNETH L. WAINSTEIN, D.C. BAR # 451058
United States Attorney

/s/
_____
R. CRAIG LAWRENCE, D.C. BAR # 171538
Assistant United States Attorney

/s/
_____
MERCEDEH MOMENI
Assistant United States Attorney
555 Fourth Street, N.W.
Civil Division
Washington, D.C. 20530
(202) 305-4851

1