UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| JAMES A. GREEN, | * | |
| | * | |
| Plaintiff, | * | Civil Action No. 1:05-cv-1055 |
| vs. | * | |
| LAWRENCE M. SMALL, Secretary, Smithsonian Institution, | * | Jury Trial Demanded |
| Defendant. | * | |

\* \* o0o \* \*

<u>Consent Motion To Change Scheduling Order</u>

Counsel from Snider & Associates, LLC., on behalf of the Plaintiff moves for a change in the dates Plaintiff is to reply to Defendant's Motion for Partial Summary Judgment, and/or, to show cause why Plaintiff's record should not be unsealed in this case, pursuant to the Court's Scheduling Order dated November 1, 2005. Plaintiff's counsel recently learned that Plaintiff is in the hospital, and it is unclear as to how long he will remain hospitalized. Plaintiff's counsel has not been able to contact Plaintiff since November 1, 2005. Plaintiff counsel requests three additional weeks in which to respond to Defendant's Motion and/or to show cause why Plaintiff's record should not be unsealed by the court. Counsel for Plaintiff conferred with counsel for Defendant, pursuant to LCvR 7(m). Counsel for Defendant is unopposed to Plaintiff's Motion allowing three additional weeks, or until December 5, 2005, in which to respond to Defendant's Motion, and/or, to show cause why Plaintiff's record should not be unsealed. Wherefore, Plaintiff prays for the court to change its Scheduling Order.

Respectfully submitted,

/s/
_____
**Michael J. Snider, Esq.**
**Ari Taragin, Esq.,**
**Jeffery C. Taylor, Esq.**
Snider & Associates, LLC
104 Church Lane, Suite 201
Baltimore, Maryland 21208
(410) 653-9060 phone
(410) 653-9061 fax
jeff@sniderlaw.com email

Date: November 14, 2005