UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JAMES A. GREEN, | * |
| | * |
| Plaintiff, | * |
| | *    Civil Action No. 1:05-cv-1055 |
| vs. | * |
| LAWRENCE M. SMALL, Secretary, Smithsonian Institution, | *    Jury Trial Demanded |
| Defendant. | * |

\*   \*   o0o   \*   \*

## Scheduling Order

Upon review of the parties' Consent Motion To Change Scheduling Order, dated November 1, 2005,

it is this _____ day of November, 2005,

Hereby Ordered, that Plaintiff will have until December 5, 2005, in which to respond to Defendant's Motion for Partial Summary Judgment, and/or To Show Cause Why the Court should not unseal Plaintiff's record. Defendant's Reply brief will be due on or before December 19, 2005.

_____
ELLEN SEGAL HUVELLE
United States District Court Judge