UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| JAMES A. GREEN, | * | |
| | * | |
| Plaintiff, | * | Civil Action No. 1:05-cv-1055 |
| vs. | * | |
| LAWRENCE M. SMALL, Secretary, Smithsonian Institution, | * | Jury Trial Demanded |
| Defendant. | * | |

\* \* o0o \* \*

## NOTICE OF SUBSTITUTED COUNSEL

Please substitute counsel in the above case and enter Jeffery C. Taylor, Esq., as lead counsel from The Law Offices of Snider & Associates, LLC., on behalf of the Plaintiff.

Respectfully Submitted,

/s/
_____

**Michael J. Snider, Esq.**
**Ari Taragin, Esq.**
**Jeffery C. Taylor, Esq.**
Snider & Associates, LLC
104 Church Lane, Suite 201
Baltimore, Maryland 21208
(410) 653-9060 phone
(410) 653-9061 fax
jeff@sniderlaw.com email