BEFORE EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
WASHINGTON FIELD OFFICE

James A. Green,

    Complainant,

v.

LAWRENCE M. SMALL, Secretary
Smithsonian Institution,

    Agency

EEOC NO. 100-A3-7058X
AGENCY NO. 02-12-022502

## COMPLAINANT'S PREHEARING REPORT

Comes now the Complainant and submit his Prehearing Statement, as follows:

ISSUES:

1. Whether Kim Workman-Parker, complainant's supervisor, Kim Workman Parker, subjected complainant to sexual harassment on August 31, 2000, June 7, 2002, August 22 and December 2001; and on January 8, 2002, subjected complainant to sexual harassment when she attempted to and did grab his genitals and/or touched Complainant in an inappropriate manner.

2. Whether Complainant's supervisor, Kim Workman Parker, subjected Complainant to reprisal because of prior EEO activity, when the Complainant was charged with absence without leave, [AWOL] on June 24 and 25, 2002, although Kim Workman Parker had provided Complainant with prior approval for the leave taken on June 24 and 24, 2002.

3. Whether the Complainant was subjected to a hostile work environment from August 2000 through September, 2002.

4. Whether Complainant suffered employment related stress and an aggravation of the employment related stress during the period August 31, 2000 through September, 2002.

EXHIBITS TO BE SUBMITTED
BY COMPLAINANT, INCLUDE:

a) Request for Leave or Approve Absence, dated 06-18-02, hereto attached and found at Complaint File Copy, SI#02-24-090402, preceding Tab "E".

b) Smithsonian Policy on Prevention of Sexual Harassment, at tab 14 of Supplemental Report of Investigation

**WITNESSES:**

**Christopher Williams**, is being called to testify that he observed Workman-Parker grab and/or attempt to grab Complainant's genitals, on August 2000 and June 20001, and that he observed Workman-Parker sit on co-worker's laps, expose her breast, grab Complainant between his legs, and that Complainant told Worker-Parker to stop. See affidavit of Christopher Williams at tab 13, Supplemental Report of Investigation.

**William Holly**, is being called to testify that he heard Complainant state to Workman-Parker, "Kim, let go of my dick." William Holly is further being called to testify that Russo and he/Holly, observed Messrs. William, Smith, Brown and Scandiffio and Ms.Workman-Perker gathered together and grabbed and touched each other and used foul and sexually explicit language

**Robert Beggs**, is being called to testify that on a couple of occasions he observed Ms. Workman-Parker sitting the laps of male employees.

**Gary Russo**, is being called to testify that he and Holly observed Messrs. William, Smith, Brown and Scandiffio and Ms.Workman-Perker gathered together and grabbed and touched each other and used foul and sexually explicit language
[See affidavit of Garry Russo at tab 12, Supplemental Report of Investigation.

The Complainant relies further on the Supplemental Report of Investigation.

*[signature: Simon Banks]*

Judge Simon Banks
P.O. Box 17052
Alexandria, Va. 22302
703 575-8487
703 575-8489 Fax
E-mail: judges.banksalj10@verizon.net
Complainant's Representative

## CERTIFICATE OF SERVICE

I, hereby certify that a copy of this pleading was faxed and mailed, postage prepaid, this 11th day of August, 2003 to:

VIA FACSIMILE TO 202 357-4310
TELE# 202 357-2170
James D. Douglas
Deputy General Counsel
Smithsonian Institution Building Room 302
100 Jefferson Drive SW
Washington, DC 20560-0012

James Anthony Green
270 13th Street, N.E.
Washington, D.C. 2002

*[signature: Simon Banks]*

Judge Simon Banks
P.O. Box 17052
Alexandria, Va. 22302
703 575-8487
703 575-8489 Fax
E-mail: judges.banksalj10@verizon.net
Complainant's Representative

# REQUEST FOR LEAVE OR APPROVED ABSENCE

**NAME** (Last, First, Middle Initial): GREEN JAMES

**ORGANIZATION**: OPS - TSD

**2. EMPLOYEE OR SOCIAL SECURITY NUMBER**: 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

71-11c

**4. TYPE OF LEAVE/ABSENCE** (Check appropriate box(es) below.)

| Type | Date From | Date To | Time From | Time To | Total Hours |
|---|---|---|---|---|---|
| ☒ Accrued Annual Leave | 6/24/02 | 6/25/02 | 9 AM | 5:30 PM | 16 |
| ☐ Restored Annual Leave | | | | | |
| ☐ Advanced Annual Leave | | | | | |
| ☐ Accrued Sick Leave | | | | | |
| ☐ Advanced Sick Leave | | | | | |
| ☐ Medical/dental/optical examination of requesting employee | | | | | |
| ☐ Care of family member/bereavement, including medical/dental/optical examination of family member | | | | | |
| ☐ Compensatory Time Off | | | | | |
| ☐ Other Paid Absence (Specify in Remarks) | | | | | |
| ☐ Leave Without Pay | | | | | |

☐ Other

**5. FAMILY AND MEDICAL LEAVE**

If annual leave, sick leave, or leave without pay will be used under the Family and Medical Leave Act of 1993, please provide the following information:

☐ I hereby invoke my entitlement to Family and Medical Leave for:
☐ Birth/Adoption/Foster Care
☐ Serious Health Condition of Spouse, Son, Daughter, or Parent
☐ Serious Health Condition of Self

Contact your supervisor and/or your personnel office to obtain additional information about your entitlements and responsibilities under the Family and Medical Leave Act of 1993.

**REMARKS**:

**CERTIFICATION**: I hereby request leave/approved absence from duty as indicated above and certify that such leave/absence is requested for the reason(s) indicated. I understand that I must comply with my employing agency's procedures for requesting leave/approved absence (and provide additional documentation, including medical certification, if required) and that falsification of information on this form may be grounds for disciplinary action, including removal.

**EMPLOYEE SIGNATURE**: [signed] James A. Green    **DATE**: 06-18-02

**OFFICIAL ACTION ON REQUEST**: ☒ APPROVED  ☐ DISAPPROVED
(If disapproved, give reason. If annual leave, initiate action to reschedule.)

**SIGNATURE**: [signed]    **DATE**: 06/18/02

**PRIVACY ACT STATEMENT**

6311 of Title 5, United States Code, authorizes collection of this information. The primary use of this information is by management and your office to approve and record your use of leave. Additional disclosures of the information may be: To the Department of Labor when processing a compensation regarding a job connected injury or illness...