# SETTLEMENT AGREEMENT AND GENERAL RELEASE

This Settlement Agreement and General Release (hereinafter the Agreement) is hereby entered into by and between James A. Green (hereinafter the Appellant) and the Smithsonian Institution (hereinafter the Smithsonian).

WHEREAS, the Appellant was employed in the Smithsonian Institution Office of Protection Services as a Security Specialist, GS-080-09, until he was removed, effective on April 19, 2003, for excessive absence and failure to follow leave procedures; and

WHEREAS, the Appellant filed an appeal with the Merit Systems Protection Board (MSPB) on May 27, 2003, Docket No. DC-0752-03-0546-I-1, appealing his termination; and

WHEREAS, the Smithsonian denies any impropriety in removing the Appellant; and

WHEREAS, the Appellant and the Smithsonian desire to settle the MSPB appeal without need for further litigation,

NOW THEREFORE, in consideration of the mutual covenants and promises contained herein, before the MSPB Administrative Judge, and for other good and valuable consideration, it is hereby agreed by and between the Appellant and the Smithsonian as follows:

1) The Smithsonian will cancel the removal action dated April 19, 2003.

2) By signing this agreement, Appellant agrees to resign voluntarily from employment with the Smithsonian, effective December 1, 2003, and to provide a written statement of resignation on an SF-52 for his Official Personnel File (OPF).

3) The Smithsonian will delete all references to the removal from Appellant's OPF and replace them with the Appellant's resignation SF-52 and SF-50.

4) The Smithsonian will also ensure that any copies of Appellant's removal proposal and decision letters, as well as the March 12, 2002 Reprimand, are removed from his OPF.

5) The Smithsonian's attendance records will be corrected to show Appellant in a leave without pay (LWOP) status rather than absence without leave (AWOL) on the dates he was charged AWOL, from January 1, 2003 through April 19, 2003. Attendance records will also show Appellant in LWOP status for the period from April 20, 2003 through August 30, 2003.

6) From August 31, 2003 through December 1, 2003, Appellant will be in a paid non-duty status (administrative leave). Any leave earned during that period will be applied to Appellant's advance leave debt. The Smithsonian agrees to waive his indebtedness beyond the amount earned.

7) Appellant and his supervisors in the Office of Protection Services agree that requests for information from prospective employers will be referred to Marie Queen or her successor in Smithsonian's Office of Human Resources. Information provided will be limited to Appellant's length of service, positions occupied and salary, and last fully successful performance appraisal. Prior to December 2, 2003, requestors will be told that Appellant is employed at the Smithsonian and on that date or after that he ended his employment voluntarily by resigning.

8) Appellant agrees not to apply for or accept employment with the Smithsonian.

9) Appellant withdraws this appeal before the MSPB.

10) Appellant and the Smithsonian agree that the facts and terms of the Settlement Agreement and General Release shall be treated as confidential, and that said Agreement shall be enforced by the Merit Systems Protection Board.

11) Nothing in this Agreement shall constitute an admission of wrongdoing on behalf of the Smithsonian or any of its agents, officers or employees, or on behalf of Appellant.

12) Appellant and the Smithsonian have voluntarily entered into this Agreement and agree to be bound by its terms.

IN WITNESS WHEREOF, the parties hereto set their hands on the date indicated.

For the Appellant:

_James A Green_  08-20-03
Appellant                           Date

For the Smithsonian Institution:

_[signature]_  8/20/03
Director, OPS                       Date

_Marilyn Slone_  8/20/03
Smithsonian Representative          Date