# COMPLAINT OF DISCRIMINATION
## BECAUSE OF RACE, COLOR, RELIGION, SEX, NATIONAL ORIGIN, SEXUAL HARASSMENT, AGE, OR CONDITION OF HANDICAP
*(Please type or print)*

1. **Full name of person complaining:** James A. Green

   **Street address (RD or PO Box Number):** 207 13th St. N.E.

   **City:** D.C.   **State:**   **Zip Code:** 20002

**(FOR OEO USE ONLY - Do not write in this space)**

2. **Case Number:** 03-18-073003
   **Date Filled:**

   **Smithsonian office(s) to be credited with this complaint:**

3. **What is the title and grade of your job?** System Administrator, GS-808-9

   **Name of the office where you work:** Office of Protection Services

   **Street address of office:** 900 Jefferson Drive, S.W.

   **City:** D.C.   **State:**   **Zip Code:** 20013

4. **Area code and home phone:** (202) 546-3321

   **Area code and work phone:**

   *RECEIVED BY THE SMITHSONIAN INSTITUTION OFC OF EQUAL OPPORTUNITY 2003 JUL 30 PM 4:51*

5. **Date on which most recent discrimination took place:**

   Month   Day   Year

   March 11, 2003

6. **Check below why you believe you were discriminated against:**
   - [x] Race (Your race) _____
   - [x] Color (Your Color) _____
   - [ ] Religion (Your religion) _____
   - [x] Sex (Your sex) _____
   - [ ] National origin (Your national origin) _____
   - [x] Sexual Harassment _____
   - [ ] Age (Your age) _____
   - [x] Condition of handicap (Your handicap) _____

7. **Explain how you believe you were discriminated against** *(Treated differently from other employees or applicants) because of your race, color, religion, sex, national origin, sexual harassment, age, or condition of handicap. (You may continue your answer on another sheet of paper if you need more space.)*

   Harassed and Discriminated against on the basis of my Race, Sex, Disability, and Prior EEO Activity.

8. **What corrective action are you seeking?** *(Be specific, please)*

   See Att

9a. **Have you discussed complaint with an EO counselor?**
   [x] Yes  Shadella Davis
   *Name of Counselor*
   ( ) No

9b. **If you have a representative?**
   Attorney:
   Name:
   Address:
   Telephone number:

**Signature and Date:** James A. Green   July 30, 2003

# Complaint of Discrimination

② What corrective Action Are you seeking?

Back in June of 2002 I asked to be Reassign out of The Office of Protection Services, And into Another Office. I was still subjected to the Sexual Harassment, Hostile Working Conditions And Reprisal. The strength and frequency of my migrine Attacks varied. I was at the Doctors Office all the time. My Doctor asked the Agency to let me take my medication in a quite Environment. It did not happend. The Agency was given long term Doctor's certificate verifying my illness. At the end of June my migrine Because of the Conditions at work Became Intractable, And my Doctor put me on sick leave.

The Agency was Requested to fill out the papper work for the Labor Department. From June 28 to November 22, 2002, is when I was

told that I could get the forms and the forms that I gave the Agency were the forms the Agency told me that needed to be fill out and waiting for them to fill them out and let me pick them up. It took 6 months to turn my forms in to the Department of Labor. My Corrective Ation has not changed.

(A) Adverse Actions:
There are no suspension, Furlough or Demotions in my file.

All that has taken place is Retaliation.

*James A. Gean* (signature)

07.30.03