UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

JAMES A. GREEN,

                Plaintiff,

     v.                                   Civil Action No.  05-1055 (ESH)

LAWRENCE M. SMALL,
Secretary, Smithsonian Institution,

                Defendant.

## ORDER

Plaintiff brings this action against his former employer under Title VII of the Civil Rights Act of 1964, *see* 42 U.S.C. §2000e *et seq.*  He alleges that defendant discriminated against him on the basis of his gender (male), subjected him to a hostile work environment due to sexual harassment, and retaliated against him for having pursued a discrimination complaint.

Defendant filed a motion to dismiss or for partial summary judgment on October 31, 2005.  At the November 1, 2005 Initial Scheduling Conference, defendant's counsel represented that the motion was filed under seal because an exhibit, a Settlement Agreement and General Release, by its terms is treated as confidential.  On November 1, 2005, the Court ordered plaintiff to show cause why defendant's motion, supporting documents, or portions thereof should not be unsealed.  The order notified plaintiff that, if he failed to respond timely, the Court would unseal the motion and supporting documents in their entirety.

Plaintiff responds to the Court's order without addressing its substance.  He states that "[h]is employment record was apparently sealed pursuant to that [settlement] agreement." Pl.'s Opp. at 7.  Because he is "unable to fully determine all of the relevant details of his prior

settlement agreement," he requests an opportunity to conduct discovery so that he may "properly respond to Defendant's request to unseal his personnel file." *Id.*

Plaintiff's personnel file is not a part of the current record of this case, and defendant has not requested that it be unsealed. He fails to show cause why defendant's motion, supporting documents, or portions thereof should not be unsealed.

Accordingly, it is hereby

**ORDERED** that defendant's motion to dismiss or for partial summary judgment and supporting documents shall be unsealed in their entirety.

**SO ORDERED**.

_____s/_____<br>
ELLEN SEGAL HUVELLE<br>
United States District Judge