UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **JAMES A. GREEN,** | ) |
| **Plaintiff,** | ) |
| v. | ) Civil Action No. 05-1055 (ESH) |
| **LAWRENCE M. SMALL,**<br>Secretary, Smithsonian Institution, | ) |
| **Defendant.** | ) |

### ORDER

For the reasons stated in the accompanying Memorandum Opinion, it is hereby

**ORDERED** that defendant's Motion to Dismiss and for Partial Summary Judgment [#21] is **GRANTED IN PART AND DENIED IN PART**; it is

**FURTHER ORDERED** that all but one of plaintiff's retaliation claims (plaintiff's challenge to his being charge absent without leave on June 24 and June 25 of 2002) are **DISMISSED WITHOUT PREJUDICE**; it is

**FURTHER ORDERED** that summary judgment is entered in favor of defendant with respect to plaintiff's suspension and removal claims; and it is

**FURTHER ORDERED** that, to the extent that plaintiff attempts to raise claims of sex-based discrimination beyond his hostile environment claim, such claims are **DISMISSED**; and it is

**FURTHER ORDERED** that this matter is set for a scheduling conference on February 10, 2006 at 9:45 a.m.

                                                                                 s/
                                                ELLEN SEGAL HUVELLE
                                                United States District Judge

Date:  January 19, 2006