UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JAMES A. GREEN,<br><br>      Plaintiff,<br><br>  v.<br><br>LAWRENCE M. SMALL,<br>Secretary, Smithsonian Institution,<br><br>      Defendant. | Civil Action No. 05-1055 (ESH) |

## ORDER OF REFERRAL

  Based upon the parties' request that this case be referred for mediation before a United States Magistrate Judge, it is hereby

  **ORDERED** this matter is referred to Magistrate Judge Alan Kay for settlement discussions to begin on or about March 13, 2006. On any filing related to settlement discussions, the parties shall place the initials of Judge Ellen Segal Huvelle and the initials of Judge Alan Kay following the case number in the caption. On any other filings in this case, the parties shall only place the initials of Judge Ellen Segal Huvelle after the case number. The parties are to jointly contact the Magistrate Judge in order to schedule the conference.

  **SO ORDERED.**


                                 s/
                         ELLEN SEGAL HUVELLE
                         United States District Judge

Date: March 10, 2006